UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                    :
CHARLES F. LEVET,                        :
                                                    :         CASE NO. 1:14-CV-01378
                  Plaintiff,                    :
                                                      :
v.                                                     :         OPINION & ORDER
                                                      :         [Resolving Docs. 2 & 4]
COMMISSIONER OF SOCIAL        :
SECURITY ADMINISTRATION,    :
                                                      :
                  Defendant.                 :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 26, 2014, Magistrate Judge Kathleen B. Burke recommended that the Court deny Plaintiff Charles F. Levet's motion to proceed in forma pauperis.[1]  Plaintiff Levet has not filed an objection to the report and recommendation.  The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DENIES** the motion to proceed in forma pauperis.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3] Failure to object within that time waives a party's right to appeal the Magistrate Judge's recommendation.[4]  Absent objection, a district court may adopt the Magistrate Judge's report

---

[1] Doc. 4.
[2] 28 U.S.C. § 636(b)(1).
[3] N.D. Ohio L.R. 72.3(b).
[4] *Id.*; *see* *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Case No. 1:14-CV-01378
Gwin, J.

without review.[5/] Moreover, this Court agrees with the conclusions of the Magistrate Judge.

Here, although Plaintiff's family's monthly expenditures exceed their monthly income, Plaintiff's family has a gross monthly income of over $3,000; has three vehicles, including a minivan worth approximately $18,000; has a family home worth over $100,000; and has over $1,000 accessible in bank accounts.[6/] The Court finds that Plaintiff's family can pay the Court's costs without undue hardship.[7/]

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Burke's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **DENIES** Plaintiff's motion to proceed in forma pauperis. Plaintiff must pay the required filing fee within ten days of this order.

IT IS SO ORDERED.

Dated: July 15, 2014          s/ *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE

---

[5/]*Thomas*, 474 U.S. at 149.
[6/]*See generally* Doc. 2.
[7/]*See Foster v. Cuyahoga Dep't of Health & Human Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001).